The Honorable David G. Estudillo

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DEBORAH CERKEZOGLU, on her own behalf and on behalf of others similarly situated,

                Plaintiff,

     and

STATE OF WASHINGTON,

                Plaintiff-Intervenor,

     v.

FEDERICI BRANDS, LLC,

                Defendant.

NO. 3:25-cv-06108-DGE

NOTICE OF WITHDRAWAL OF COUNSEL

**Clerk's Action Requested**

NOTICE OF WITHDRAWAL OF COUNSEL - 1
(3:25-cv-06108-DGE)

ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
206-464-7744

**TO:**    **ALL PARTIES OF THE RECORD and THEIR ATTORNEYS, and**

**TO:**    **THE CLERK OF THE ABOVE-ENTITLED COURT**

YOU, AND EACH OF YOU, will please take notice that Robert Hyde hereby withdraws as an attorney of record in the above-entitled action, effective immediately. Plaintiff-Intervenor State of Washington continues to be represented in this matter by Ben Brysacz and Claire E. McNamara.

DATED this 19th day of May, 2026.

NICHOLAS W. BROWN
Attorney General

*s/ Robert Hyde*
ROBERT HYDE, WSBA #33593
Assistant Attorney General
robert.hyde@atg.wa.gov

*Withdrawing Attorney for Plaintiff-Intervenor State of Washington*

*s/ Ben Brysacz*
BEN BRYSACZ, WSBA #54683
Assistant Attorney General
ben.brysacz@atg.wa.gov

*s/ Claire McNamara*
CLAIRE E. MCNAMARA, WSBA #50097
Assistant Attorney General
claire.mcnamara@atg.wa.gov

Consumer Protection Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
206-464-7744

*Attorneys for Plaintiff-Intervenor State of Washington*

NOTICE OF WITHDRAWAL OF COUNSEL - 2
(3:25-cv-06108-DGE)